| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:05cr134-003LAC |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| Frank Enriquez-Pina<br>Western District of Texas | Florida Northern | Pensacola |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Lacey A. Collier, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/03/09    TO 03/02/15 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_23 Mar 09_          _[signature]_
Date                                       *Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4/1/09_          OFFICE OF CLERK      _[signature]_
*Effective Date*      U.S. DISTRICT CT.      *United States District Judge*

09 APR 17 PM 4: 25

FILED



**NORTHERN DISTRICT OF FLORIDA**
**Probation and Pretrial Services**

# MEMORANDUM

**DATE:** April 16, 2009

**REPLY TO ATTN OF:** Larry J. Gibbs, Administrative
Supervising U.S. Probation Officer
Pensacola, Florida

**SUBJECT:** **ENRIQUEZ-PINA, Frank**
**Docket No.: 3:05cr134-003LAC**
**TRANSFER OF JURISDICTION**

**TO:** Clerk's Office
Pensacola, Florida

---

Enclosed please find two original Probation Forms 22, ordering that the jurisdiction of the supervised releasee be transferred with the records of our court to the United States District Court for the Western District of Texas, San Antonio Division. Senior U.S. District Judge Lacey A. Collier ordered the jurisdiction transfer on March 23, 2009 and U.S. District Judge Orlando Garcia accepted the transfer of jurisdiction on April 1, 2009.

Please forward a certified copy of the Probation Form 22 to our office and send the appropriate file to the U.S. District Clerk's Office for the Western District of Texas.

If you have any questions regarding this matter, please contact me at (850) 435-8430, ext. 203.

LJG/mc

Encls.: Probation Form 22 (2)